IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-31319
_____


UNITED STATES OF AMERICA,

                                              Plaintiff-Appellee,

                         versus

LEN E. DAVIS,

                                              Defendant-Appellant.
_____

          Appeal from the United States District Court for the
                    Eastern District of Louisiana
                          (94-CR-368-F)
_____
                        November 13, 1997
Before JOLLY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     After studying the briefs, hearing argument, and reviewing the

record, we are fully satisfied the defendant here failed to make

any meritorious claim that he was entitled to a change of venue.

In this drug conspiracy case, the record does not show that the

jury verdict was affected by the publicity of the defendant's

conviction and death sentence for murder in an earlier unrelated

state court case.  Furthermore, the district court committed no

trial errors in its evidentiary rulings or otherwise in the conduct

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of the trial.  The evidence fully supports the defendant's convictions for conspiracy to possess with intent to distribute cocaine and for using and carrying a firearm during a drug trafficking offense.  Finally, the defendant's sentence--life, plus consecutive 60 months--reflects no error.  Accordingly, both the conviction and the sentence of the defendant are in all respects

A F F I R M E D.